Marshall D. Cohen, LLC
1299 Olentangy River Road
2nd Floor, Suite C
Columbus, OH 43212

Kyle J. Wiehoff  
330 Oak Hill Drive  
Westerville, OH 43081

Date: 7/07/2011

Regarding: Wiehoff, Kyle James & Brooke Ann  
Invoice No: 01096

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 7/20/2010 | JWP | Initial Consult, Reviewed Documents, Information in Anticipation of Filing | 1.00 | $145.00 | $145.00 |
| 7/22/2010 | JWP | Office Conference Re: Obtained Balance of Documents, Information Needed To Draft Plan, Schedules | 1.00 | $145.00 | $145.00 |
| 7/22/2010 | JWP | Conducted Background Searches, Obtained Stay; Scheduled Office Conference to Complete Draft of Plan, Schedules | 1.00 | $145.00 | $145.00 |
| 7/26/2010 | JWG | Client Phoned Re: Office Conference | 0.10 | $95.00 | $9.50 |
| 9/30/2010 | ALC | Client Phoned Re: Office Conference | 0.10 | $95.00 | $9.50 |
| 10/04/2010 | JWP | Office Conference Re: Updated Case Information, Documents | 1.00 | $145.00 | $145.00 |
| 10/07/2010 | ALC | Updated Case Information; Conducted Internet Searches, Scanned Additional Documents, Obtained Credit Reports | 1.00 | $0.00 | $0.00 |
| 10/08/2010 | ALC | Entered Case Information, Prepared Case | 1.00 | $0.00 | $0.00 |
| 10/11/2010 | BKM | Completed Case Preparation; Prepared Exhibits, Stays; Organized File | 2.50 | $0.00 | $0.00 |
| 10/12/2010 | JWP | Reviewed File, Documents, Drafted Plan Projection; Reviewed Mortgage for Possible Defect | 2.00 | $145.00 | $290.00 |
| 10/15/2010 | JWP | Phoned Client Re: Mortgage Issue | 0.10 | $145.00 | $14.50 |
| 10/19/2010 | ALC | Client Phoned Re: Status of Case | 0.10 | $95.00 | $9.50 |
| 10/22/2010 | BLB | Prepared, Served Notification of Stay - Ohio Attorney General | 0.15 | $95.00 | $14.25 |
| 10/22/2010 | EYC | Filed Case, Updated Records | 0.50 | $95.00 | $47.50 |
| 10/22/2010 | EYC | Reviewed Case Prior to Filing | 0.50 | $95.00 | $47.50 |
| 10/22/2010 | JWP | Drafted Letter to Client Re: Status of Case | 0.50 | $145.00 | $72.50 |

Marshall D. Cohen, LLC
Page No.:    2

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/22/2010 | JWP | Completed Draft of Plan, Schedules; Reviewed Case, Statement of Financial Affairs in Anticipation of Filing | 0.00 | $0.00 | $0.00 |
| 10/22/2010 | QLW | Creditor Phoned Re: Verifying Representation | 0.20 | $95.00 | $19.00 |
| 10/25/2010 | BLB | Phoned Client Re: Office Conference | 0.10 | $95.00 | $9.50 |
| 10/27/2010 | BLB | Phoned Client Re: Office Conference | 0.10 | $95.00 | $9.50 |
| 10/27/2010 | QLW | Client Phoned Re: Office Conference | 0.10 | $95.00 | $9.50 |
| 10/29/2010 | JWP | Office Conference Re: Reviewed Plan, Mortgage Strategy; Completed Final Drafts of Plan, Schedules | 2.00 | $145.00 | $290.00 |
| 10/29/2010 | MDC | Drafted Letter to Client Re: 341 and Confirmation Hearings | 0.20 | $235.00 | $47.00 |
| 11/01/2010 | BLB | Prepared, Filed Notice of Appraisal on Ponderosa Drive Property | 0.15 | $95.00 | $14.25 |
| 11/03/2010 | JWP | Phoned Clients Re: Misdemeanor Case | 0.10 | $145.00 | $14.50 |
| 11/03/2010 | JWP | Drafted Email to Client Re: Misdemeanor Case | 0.10 | $145.00 | $14.50 |
| 11/18/2010 | MDC | Drafted Letter to Client Re: Loan Modification | 0.20 | $235.00 | $47.00 |
| 11/30/2010 | EYC | Client Phoned Re: Hearing | 0.10 | $95.00 | $9.50 |
| 11/30/2010 | EYC | Reviewed Documents, Organized File for Hearing | 0.30 | $95.00 | $28.50 |
| 12/01/2010 | MDC | Attended 341 Hearing | 1.00 | $235.00 | $235.00 |
| 12/02/2010 | ALC | Client Phoned Re: Office Conference | 0.10 | $95.00 | $9.50 |
| 12/02/2010 | ALC | Drafted Email to Client Re: Creditors on Schedules D and F | 0.10 | $95.00 | $9.50 |
| 12/06/2010 | ALC | Phoned Clients Re: Trustee's Request for Additional Documents | 0.10 | $95.00 | $9.50 |
| 12/06/2010 | ALC | Drafted Email to Trustee Re: Supporting Documents | 0.10 | $95.00 | $9.50 |
| 12/08/2010 | MDC | Reviewed File, Objection to Confirmation; Drafted Amended Schedules B, C, I & J; Phoned Client Re: Office Conference | 0.30 | $235.00 | $70.50 |
| 12/15/2010 | MDC | Phoned Clients Re: Property Questions, Office Conference | 0.20 | $235.00 | $47.00 |
| 12/15/2010 | RRZ | Client Phoned Re: Questions about Ponderosa Drive Property | 0.20 | $95.00 | $19.00 |
| 12/17/2010 | MDC | Reviewed Plan, Schedules, SOFA; Drafted Plan Projection, Amendmended Plan | 1.00 | $235.00 | $235.00 |
| 12/17/2010 | MDC | Office Conference Re: Reviewed Plan, Schedules; Completed Drafts of Plan Amendments | 1.20 | $235.00 | $282.00 |
| 12/20/2010 | ALC | Reviewed Appraisal Information for Oak Hill Property, Added to Case | 0.10 | $95.00 | $9.50 |
| 12/28/2010 | RRZ | Phoned Client Re: Appraisal Information on Oak Hill Property | 0.10 | $95.00 | $9.50 |
| 12/28/2010 | RRZ | Phoned Attorney for CIT Group Re: Continuance | 0.15 | $95.00 | $14.25 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/29/2010 | RRZ | Phoned Client Re: Appraisal | 0.10 | $95.00 | $9.50 |
| 12/29/2010 | RRZ | Drafted Email to Clients Re: Appraisal | 0.20 | $95.00 | $19.00 |
| 12/30/2010 | JWP | Reviewed Client's Email Re: Updated Employment Information | 0.10 | $145.00 | $14.50 |
| 1/05/2011 | JWP | Drafted, Filed First Amended I & J; Drafted Certificate of Service and Filed First Amended Plan | 0.90 | $145.00 | $130.50 |
| 1/06/2011 | EYC | Ordered Appraisal with JS & Associates | 0.20 | $95.00 | $19.00 |
| 1/06/2011 | EYC | Prepared, Filed Notice of Tax Returns Served; Drafted Email to U.S. Trustee and Chapter 13 Office Re: Tax Return | 0.50 | $95.00 | $47.50 |
| 1/06/2011 | EYC | Prepared File for Hearing | 0.30 | $95.00 | $28.50 |
| 1/06/2011 | MRH | Attended Confirmation Hearing | 0.40 | $185.00 | $74.00 |
| 1/10/2011 | MDC | Drafted Letter to Client Re: Confirmation Hearing Continued | 0.20 | $235.00 | $47.00 |
| 1/10/2011 | RRZ | Phoned Creditor Re: Proof of Claim Filed | 0.10 | $95.00 | $9.50 |
| 1/10/2011 | RRZ | Phoned Client Re: Appraisal | 0.10 | $95.00 | $9.50 |
| 1/24/2011 | MDC | Reviewed Appraisal and Schedules A & D; Drafted Notice opf Appraisal | 0.30 | $235.00 | $70.50 |
| 1/27/2011 | EYC | Filed Notice of Appraisal | 0.10 | $95.00 | $9.50 |
| 1/27/2011 | MDC | Reviewed Email from Mortgage Lender Re: Status of Ponderosa Drive Property | 0.10 | $235.00 | $23.50 |
| 2/02/2011 | MDC | Reviewed Email from Attorney for Citi Re: Continued Hearing | 0.10 | $235.00 | $23.50 |
| 2/02/2011 | RRZ | Phoned Attorney with Citi Re: Continued Hearing | 0.10 | $95.00 | $9.50 |
| 2/03/2011 | EYC | Prepared File, Documents for Confirmation Hearing | 0.20 | $95.00 | $19.00 |
| 2/03/2011 | MDC | Attended Confirmation Hearing | 0.50 | $235.00 | $117.50 |
| 2/17/2011 | JWP | Phoned Client Re: Proposed Settlement of State Court Case | 0.10 | $145.00 | $14.50 |
| 2/17/2011 | JWP | Drafted Email to Clients Re: Employment Authorization for Settlement of State Court Case | 0.10 | $145.00 | $14.50 |
| 2/17/2011 | JWP | Reviewed File, Claims; Recalculated Plan Payments | 1.10 | $145.00 | $159.50 |
| 2/24/2011 | MDC | Reivew File; Discussed Issues with Attorney Park | 0.50 | $235.00 | $117.50 |
| 2/25/2011 | JWP | Drafted Email to Clients Re: Status of Proposed Settlement Offer | 0.10 | $145.00 | $14.50 |
| 2/25/2011 | MDC | Phoned Attorney for Bank of New York Re: Agreed Order | 0.10 | $235.00 | $23.50 |
| 2/25/2011 | QLW | Attorney for Bank of New York Phoned Re: Follow-up on Objection to Claim | 0.10 | $95.00 | $9.50 |
| 2/28/2011 | JWP | Client Phoned Re: Plan and Settlement with Attorney General | 0.10 | $145.00 | $14.50 |
| 2/28/2011 | JWP | Reviewed File; Drafted Second Amended Plan | 0.30 | $145.00 | $43.50 |
| 2/28/2011 | MDC | Reviewed Email from Counsel for Bank | 0.10 | $235.00 | $23.50 |

Marshall D. Cohen, LLC
Page No.:   4

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | of New York Re: Agreed Order | | | |
| 3/01/2011 | EYC | Drafted, Filed Certificate of Service, Amended Plan; Mailed Client's Plan Payment to Trustee | 0.60 | $95.00 | $57.00 |
| 3/01/2011 | MDC | Reviewed Proposed Agreed Order; Phoned Attorney for Bank of New York Re: Suggested Changes | 0.20 | $235.00 | $47.00 |
| 3/02/2011 | EYC | Phoned Counsel for Bank of New York Re: Status of Agreed Order | 0.10 | $95.00 | $9.50 |
| 3/03/2011 | EYC | Prepared File, Documents for Confirmation Hearing | 0.30 | $95.00 | $28.50 |
| 3/03/2011 | JWP | Attended Confirmation Hearing | 0.50 | $235.00 | $117.50 |
| 3/07/2011 | MDC | Drafted Letter to Client Re: Continued Confirmation Hearing | 0.20 | $235.00 | $47.00 |
| 3/08/2011 | JWP | Phoned Tracy Morrison with the Office of the Attorney General Re: Status of Case | 0.10 | $145.00 | $14.50 |
| 3/08/2011 | RRZ | Client Phoned Re: Status of Case | 0.10 | $95.00 | $9.50 |
| 3/09/2011 | HH | Creditor Phoned Re: Status of Case | 0.10 | $95.00 | $9.50 |
| 3/09/2011 | JWP | Reviewed Email from U.S. Attorney Re: Proposed Settlement Demand | 0.10 | $145.00 | $14.50 |
| 3/10/2011 | JWP | Phoned U.S. Attorney's Office Re: Settlement | 0.65 | $145.00 | $94.25 |
| 3/18/2011 | EYC | Drafted Email to Trustee Re: Plan Length; Reviewed Response | 0.20 | $95.00 | $19.00 |
| 3/22/2011 | EYC | Reviewed Trustee's Website Re: Client's Monthly Payments | 0.20 | $95.00 | $19.00 |
| 3/22/2011 | JWP | Drafted Email to U.S. Attorney's Office Re: Status of Proposed Settlement; Reviewed Response | 0.10 | $145.00 | $14.50 |
| 3/24/2011 | JWP | Reviewed File, Schedules; Drafted Third Amended Plan | 0.40 | $145.00 | $58.00 |
| 3/24/2011 | JWP | Drafted Letter to Client Re: Status of Case and Settlement with State | 0.30 | $145.00 | $43.50 |
| 3/25/2011 | EYC | Drafted, Filed Certificate of Service, Filed Third Amended Plan | 0.40 | $95.00 | $38.00 |
| 3/25/2011 | EYC | Drafted Email to Trustee Re: Status of Case | 0.20 | $95.00 | $19.00 |
| 3/29/2011 | EYC | Reviewed Trustee's Email, Drafted Email Re: Updates on Status of Case | 0.20 | $95.00 | $19.00 |
| 4/01/2011 | JWP | Phoned Client Re: State Court Stay | 0.10 | $145.00 | $14.50 |
| 4/05/2011 | JWP | Reviewed Email from U.S. Attorney's Office Re: Status of State Case, Proceeding with Settlement | 0.10 | $145.00 | $14.50 |
| 4/07/2011 | DMG | Client Phoned Re: Status of Case | 0.10 | $95.00 | $9.50 |
| 4/07/2011 | JWP | Phoned Client Re: State Court Action, Status of Settlement Negotiations | 0.75 | $145.00 | $108.75 |
| 4/07/2011 | MDC | Attended Confirmation Hearing | 0.40 | $235.00 | $94.00 |
| 4/13/2011 | JWP | Reviewed Email from U.S. Trustee Re: Negotiating Terms of Settlement | 0.10 | $145.00 | $14.50 |
| 4/13/2011 | MDC | Drafted Letter to Client Re: Confirmation | 0.20 | $235.00 | $47.00 |

Marshall D. Cohen, LLC
Page No.:    5

| | | Hearing Continued | | | |
|---|---|---|---|---|---|
| 4/14/2011 | JWP | Phoned Client Re: Settlement Offer | 0.10 | $145.00 | $14.50 |
| 4/19/2011 | JWP | Phoned U.S. Attorney's Office Re: Settlement | 0.20 | $145.00 | $29.00 |
| 4/19/2011 | JWP | Drafted Revised Settlement; Emailed to U.S. Attorney for Review | 0.50 | $145.00 | $72.50 |
| 4/19/2011 | JWP | Office Conference Re: Terms of Settlement Proposal, Status of Case | 0.75 | $145.00 | $108.75 |
| 4/21/2011 | JWP | Reviewed Email from U.S. Attorney Re: Counteroffer on Proposed Agreed Order | 0.10 | $145.00 | $14.50 |
| 4/21/2011 | JWP | Phoned Cllient Re: Approval on Settlement with State | 0.10 | $145.00 | $14.50 |
| | | | | Total Fees | $4,919.00 |

*Expenses*

| Start Date | Description | Quantity | Price | Charges |
|---|---|---|---|---|
| 10/22/2010 | Postage for Letter to Client Re: Status of Case | 1.00 | $0.44 | $0.44 |
| 10/29/2010 | Postage for Letter to Client Re: 341 and Confirmation Hearings | 1.00 | $0.44 | $0.44 |
| 11/18/2010 | Postage for Letter to Client Re: Loan Modification | 1.00 | $0.44 | $0.44 |
| 1/10/2011 | Postage for Letter to Client Re: Confirmation Hearing Continued | 1.00 | $0.44 | $0.44 |
| 3/07/2011 | Postage for Letter to Client Re: Continued Confirmation Hearing | 1.00 | $0.44 | $0.44 |
| 3/24/2011 | Postage for Letter to Client Re: Status of Case and Settlement with State | 1.00 | $0.44 | $0.44 |
| 4/13/2011 | Postage for Letter to Client Re: Confirmation Hearing Continued | 1.00 | $0.44 | $0.44 |
| | | | Total Expenses | $3.08 |

Total New Charges  $4,922.08

Total Amount Due this Bill  $4,922.08